UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| People of New York,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Yehudah Milchamot,<br><br>　　　　　　　　Defendant. | 24-CV-9296 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from its Orders, ECF Nos. 4 and 7, would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

　　SO ORDERED.

Dated: March 12, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge